# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Steven H. Owen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 09-4269-CV-SW-JTM |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand And For Entry Of Final Judgment With Suggestions In Support*, filed November 9, 2010 [Doc. 18]. After due consideration of the issues presented, and no objection having been interposed, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner for action consistent with that set forth in defendant's motion to reverse and remand.

_____*/s/ John T. Maughmer*_____
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**