# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **Steven H. Owen,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No. 09-4269-CV-C-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney Fees Under The Equal Access To Justice Act*, filed March 24, 2011 [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney Fees Under The Equal Access To Justice Act*, filed March 24, 2011 [Doc. 21] is **GRANTED**. Accordingly plaintiff is awarded attorney fees under EAJA in the amount of $5,000.00.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**